## FOURTH DEPARTMENT, DECEMBER, 1908.

Robert A. Stowell, Respondent, v. Linus D. Meacham, Jr., Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary A. Eastland, as Administratrix, etc., Respondent, v. Frank F. Andrews, Appellant.— Judgment and order affirmed, with costs. All concurred.

Thomas Hanley, Respondent, v. Utica and Mohawk Valley Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, without costs.

John J. Smith, Respondent, v. Brown Brothers Company, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

Earl B. Eldridge, Respondent, v. William C. Carr, Appellant.— Motion for leave to appeal to Court of Appeals denied, without costs.

Ida J. Lockhart, as Administratrix, etc., Respondent, v. Charles J. Hoffman and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Claim of Charles F. Johns, Respondent, Appellant, v. The Village of Salamanca, New York, and Erie Railroad Company, Appellants, Respondents, for Damages from Change of Grade of Main Street in Said Village of Salamanca, New York.— Order reversed and report of commissioners vacated and set aside and a rehearing ordered before new commissioners, with costs to abide event, upon the opinion of Williams, J., in *Matter of Johns* v. *Village of Salamanca* (*ante*, p. 717), decided at this term of court; separate memorandum by Williams, J.*; Spring and Robson, JJ., concurred in result upon the grounds stated in memorandum by Spring, J., in that case; Kruse, J., voted for reversing the order of the Special Term and confirming the report of the commissioners upon the grounds stated in his opinion in that case; McLennan, P. J., voted for affirmance.

Antonio Bunomo, Appellant, v. Joseph H. Schlitzer, Respondent.— Judgment affirmed, with costs. All concurred.

Otto E. Friewald, as Administrator, etc., of Richard O. Friewald, Deceased, Respondent, v. International Railway Company, Appellant.— Order affirmed, with costs. All concurred, except Robson, J., who dissented.

Anna Loretta McGarry, Respondent, v. Daniel P. McGarry, Appellant.— Judgment modified by striking out the allowance of seventy-five dollars as counsel fees, and further modified by inserting therein a provision that the plaintiff shall be allowed to occupy the premises and have the use of the furniture upon the terms specified in the judgment only so long as the defendant consents thereto; and as so modified the judgment is affirmed, with costs to respondent. All concurred, except McLennan, P. J., who dissented and voted for affirmance, except as to the provision as to counsel fees.

Maurice H. Neil and Ernest G. Parmelee, Appellants, v. Libbie Merriam, Respondent.— Judgment affirmed, with costs. All concurred.

* Memorandum not furnished Reporter.